IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the<br>Albert R. Bell Living Trust,<br><br>           Plaintiff,<br><br>v.<br><br>FRANCES ROTWEIN, ET AL.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)  CA No. 1:07-cv-01578<br>)  Assigned To: Huvelle, Ellen S.<br>)  Assign Date: 9/5/2007<br>)  Description: General Civil<br>)<br>)<br>)<br>) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN H. WARD, ESQ., AND AUTUMN L. SHARP, ESQ.**

COME NOW the Plaintiff, Arthur Bell, as Trustee of the Albert R. Bell Living Trust, by and through their local counsel, Bulman, Dunie, Burke & Feld, Chartered, and Alan S. Feld, Esq., and moves pursuant to Local Rule 83.2(a), (c), and (d) of the Rules Governing Admission to the Bar of United States District Court for the District of Columbia for an order for special admission of John H. Ward, Esq., and Autumn L. Sharp, Esq., of Much Shelist Deneberg Ament & Rubenstein, P.C. In support, Plaintiffs respectfully represent to this Court as follows:

1. That Alan S. Feld, Esq., is a member of the United States District Court for the District of Columbia bar, and is an attorney of record in the above-captioned action.

2. That John H. Ward, Esq., is a member in good standing of the Illinois bar and is affiliated with the office of Much Shelist Denenberg Ament & Rubenstein, P.C., located at 191 N. Wacker Drive, Suite 1800, Chicago, Illinois, 60606. (*See attached Certificate of Good Standing*).

3. That Autumn L. Sharp, Esq., is a member in good standing of the Illinois bar and Ohio bar and is affiliated with the Office of Much Shelist Denenberg Ament & Rubenstein,

P.C., 191 N. Wacker Drive, Suite 1800, Chicago, Illinois, 60606. *(See attached Certification of Good Standing).*

4. That John H. Ward, Esq., seeks to be specially admitted to practice in the United States District Court for the District of Columbia for the limited purpose of appearing and participating in the above-captioned action with Alan S. Feld, Esq., and Bulman, Dunie, Burke, & Feld, Chtd. to be local counsel.

5. That Autumn L. Sharp, Esq. seeks to be specially admitted to practice in the United States District Court for the District of Columbia for the limited purpose of appearing and participating in the above-captioned action with Alan S. Feld, Esq., and Bulman, Dunie, Burke, & Feld, Chtd. to be local counsel. See attached Certification in Compliance with Local Rule LCvR 83.2 (d).

**WHEREFORE**, the Plaintiffs pray that this Court sign an Order granting John H. Ward, Esq., and Autumn L. Sharp, Esq., of Much Shelist Denenberg Ament & Rubnstein, P.C., the privilege to be specially admitted to practice in the United States District Court for the District of Columbia for the limited purpose of appearing and participating in the above-captioned action.

**BULMAN, DUNIE, BURKE & FELD, CHTD.**

By: /s/ Alan S. Feld
ALAN S. FELD, ESQ. #172-858
4610 Elm Street
Bethesda, Maryland 20815
(301) 656-1177 x 315
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the Albert R. Bell Living Trust,<br><br>      Plaintiff,<br><br>v.<br><br>FRANCES ROTWEIN,<br><br>      Defendants. | CA No. 1:07-cv-01578<br>Assigned To: Huvelle, Ellen S.<br>Assign Date: 9/5/2007<br>Description: General Civil |

### ORDER FOR MOTION FOR PRO HAC VICE ADMISSION OF JOHN H. WARD, ESQ., AND AUTUMN L. SHARP, ESQ.

Upon consideration of Plaintiffs' Motion for Pro Hac Vice Admission of John H. Ward, Esq. and Autumn L. Sharp, Esq. and Much Shelist Denenberg Ament & Rubenstein, P.C. and any response thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that John H. Ward, Esq., and Autumn L. Sharp, Esq., shall be specially admitted to practice in the United States District Court for the District of Columbia for the limited purpose of appearing and participating in the above-captioned action with Bulman, Dunie, Burke, & Feld, Chtd. and Alan S. Feld, Esq., as local counsel.

IT IS SO ORDERED.

                                              _____
                                              Judge, United States District Court for the District of Columbia

Electronic Copies to:

Alan S. Feld, Esquire
Afeld@bulmandunie.com

Autumn L. Sharp, Esquire
ASharp@muchshelist.com

John H. Ward, Esquire
JWard@muchshelist.com

Frances Rotwein
Bank of America, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the<br>Albert R. Bell Living Trust<br>               Plaintiff,<br>   v.<br><br>FRANCES ROTWEIN, and Bank of America<br>               Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>) |

### CERTIFICATION OF AUTUMN L. SHARP

In support of this Motion for Admission *Pro Hac Vice*, and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I, Autumn Laurent Sharp, counsel to the Plaintiff Arthur Bell, as Trustee of the Albert R. Bell Living Trust, hereby certify the following under oath and the penalties of perjury:

1. I am an associate of the law firm Much Shelist Denenberg Ament & Rubenstein, P.C., 191 N. Wacker Drive, Suite 1800, Chicago, Illinois 60606, (312) 521-2000.

2. I was admitted to the Bar of the State of Ohio in 2003, and the Bar of the State of Illinois in 2006. I have been a member in good standing of the Supreme Court of Ohio since my date of admission in 2003, and have been a member in good standing of the Supreme Court of Illinois since my date of admission in 2006.

3. I have not been disciplined by any bar.

4. To my knowledge and the best of my recollection, I have not been admitted pro hac vice in the United States District Court for the District of Columbia within the last two years.

5. I do not engage in the practice of law from an office located in the District of

1

Columbia.

6. I am requesting admission *pro hac vice* to appear and participate in proceedings in this Court in the action, *Arthur Bell, as Trustee of the Arthur R. Bell Living Trust v. Frances Rotwein and Bank of America*, case number not yet assigned.

7. I acknowledge the power and jurisdiction of the United States District Court for the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct in this matter, if I am admitted *pro hac vice*.

August 30, 2007

_____
AUTUMN L. SHARP

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

John Hester Ward

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 19, 1978 and is in good standing, so far as the records of this office disclose.



In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, August 28, 2007.

*Juleann Hornyak*
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the <br> Albert R. Bell Living Trust <br> Plaintiff, <br> v. <br> FRANCES ROTWEIN, and Bank of America <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) |

### CERTIFICATION OF JOHN H. WARD

In support of this Motion for Admission *Pro Hac Vice*, and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I, John Hester Ward, counsel to the Plaintiff Arthur Bell, as Trustee of the Albert R. Bell Living Trust, hereby certify the following under oath and the penalties of perjury:

1. I am a principal of the law firm of Much Shelist Denenberg Ament & Rubenstein, P.C., 191 N. Wacker Drive, Suite 1800, Chicago, Illinois 60606, (312) 521-2000.

2. I was admitted to the Bar of the State of Illinois in 1978, and have been a member in good standing of the Supreme Court of Illinois since that time.

3. I have not been disciplined by any bar.

4. To my knowledge and the best of my recollection, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am requesting admission *pro hac vice* to appear and participate in proceedings in

1

this Court in the action, *Arthur Bell, as Trustee of the Arthur R. Bell Living Trust v. Frances Rotwein and Bank of America*, case number not yet assigned.

7. I acknowledge the power and jurisdiction of the United States District Court for the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct in this matter, if I am admitted *pro hac vice*.

August 30, 2007

_____
JOHN H. WARD

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Autumn Laurent Sharp

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 4, 2006 and is in good standing, so far as the records of this office disclose.



In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, August 28, 2007.

*Juleann Hornyak*
Clerk