IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Arthur Bell, as Trustee of the Albert R. Bell Living Trust, <br>      Plaintiff <br><br> vs. <br><br> Francis Rotwein, et al. <br><br>      Defendant | Case No. 1:07-cv-01578 <br> Assigned to: Huvelle, Ellen S. <br> Assign Date: 9/5/07 <br> Description: General Civil |

## AFFIDAVIT OF SERVICE OF DEFENDANT FRANCIS ROTWEIN

I, Alan S. Feld, Esquire, Bulman, Dunie, Burke, and Feld, Chtd. and John H. Ward and Autumn Sharp, Much Shelist Denenberg Ament & Rubenstein, P.C. attorneys for plaintiff, Arthur Bell, as Trustee of the Arthur R. Bell Living, in the above-captioned case, do hereby affirm that a copy of the Complaint and Summons, in the within case was sent to Francis Rotwein, 6605 Tulip Hill Terrace, Bethesda, Maryland, 20816, by First Class Certified Mail, Restricted Delivery, Return Receipt Requested on or about, September 6, 2007; and that service was subsequently made upon the Defendant by Certified Mail. The return receipt showing delivery of documents on or about September 8, 2007 was subsequently received by me and is attached to this Affidavit.

Affiant affirms that he is an adult citizen of the United States and is over 18 years of age.

I do solemnly declare and affirm under the penalties of perjury that the facts stated above are true and correct to the best of my knowledge, information and belief.
The return receipt showing delivery of document has been returned.


  9.18.07                          By:  ____/s/ Alan S. Feld_____
Date                                    Alan S. Feld, Esq./#172858
                                        4610 Elm Street
                                        Bethesda, MD 20815-6051
                                        (301) 656-1177
                                        afeld@bulmandunie.com
                                        Attorney for Plaintiff

Much Shelist Denenberg Ament & Rubenstien, P.C.<br>
191 N. Wacker Drive, Suite 1800<br>
Chicago, Illinois 60606-1615<br>
(312) 521-2000<br>
jward@muchshelist.com<br>
asharp@muchshelist.com<br>
Attorney for Plaintiff

Before me, the subscriber, a Notary Public of the state aforesaid, personally appeared _Alan S. Fdd_, who after being duly sworn, acknowledged that she executed the foregoing authorization for the purpose therein contained.

Witness my hand and seal this _18th_ day of _September_, 2007.

_Mary C. Elam_
Notary Public

My commission expires: _9/1/08_

[Notary seal: MARY C. ELAM, NOTARY PUBLIC, MONTGOMERY CO., MD]

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BETHESDA MD 20816

| | | |
|---|---|---|
| Postage | $ 6.30 | 0816 |
| Certified Fee | 2.65 | 17 Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $4.10 | |
| Total Postage & Fees | $ $15.20 | 09/06/2007 |

Frances Rotwein
6605 Tulip Hill Terrace
Bethesda, Maryland 20816

7006 3450 0001 2120 7499

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frances Rotwein
6605 Tulip Hill Terrace
Bethesda, Maryland 20816

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Frances Rotwein*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Frances Rotwein
C. Date of Delivery: 9-8-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 8 2007

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7006 3450 0001 2120 7499

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540