IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Arthur Bell, as Trustee of the Albert R. Bell  \*
Living Trust,  \*
 Plaintiff  \*
    \*
vs.  \*  Case No. 1:07-cv-01578
 \*  Assigned to: Huvelle, Ellen S.
Francis Rotwein, et al.  \*  Assign Date: 9/5/07
 \*  Description: General Civil
 Defendant  \*
    \*

**AFFIDAVIT OF SERVICE OF DEFENDANT BANK OF AMERICA, N.A.**

 I, Alan S. Feld, Esquire, Bulman, Dunie, Burke, and Feld, Chtd. and John H. Ward and Autumn Sharp, Much Shelist Denenberg Ament & Rubenstein, P.C. attorneys for plaintiff, Arthur Bell, as Trustee of the Arthur R. Bell Living, in the above-captioned case, do hereby affirm that a copy of the Complaint and Summons, in the within case was sent to Bank of America, N.A. 100 N. Tryon Street, Charlotte, North Carolina, 28255, serve: President, c/o Marian Falkenstine, 730, 15th Street, N.W., 10th Floor, Washington, D.C., 20005, 6605 Tulip Hill Terrace, Bethesda, Maryland, 20816, by First Class Certified Mail, Restricted Delivery, Return Receipt Requested on or about, September 6, 2007; and that service was subsequently made upon the Defendant by Certified Mail. The return receipt showing delivery of documents on or about September 7, 2007 was subsequently received by me and is attached to this Affidavit.

 Affiant affirms that he is an adult citizen of the United States and is over 18 years of age.

 I do solemnly declare and affirm under the penalties of perjury that the facts stated above are true and correct to the best of my knowledge, information and belief.
The return receipt showing delivery of document has been returned.


 9.18.07     By:  /s/ Alan S. Feld
Date         Alan S. Feld, Esq./#172858
           4610 Elm Street
           Bethesda, MD 20815-6051
           (301) 656-1177
           afeld@bulmandunie.com
           Attorney for Plaintiff

9.18.07
Date

By: /s/ John H. Ward and /s/ Autumn Sharp
John H. Ward and Autumn Sharp
Much Shelist Denenberg Ament & Rubenstien, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000
jward@muchshelist.com
asharp@muchshelist.com
Attorney for Plaintiff

Before me, the subscriber, a Notary Public of the state aforesaid, personally appeared *Alan S. Feld*, who after being duly sworn, acknowledged that she executed the foregoing authorization for the purpose therein contained.

Witness my hand and seal this 18th day of September, 2007.

*Mary C. Elam*
Notary Public

My commission expires: 9/1/08

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Arthur Bell, as Trustee of the Albert R. Bell Living Trust,<br>    Plaintiff<br><br>vs.<br><br>Francis Rotwein, et al.<br><br>    Defendant | Case No. 1:07-cv-01578<br>Assigned to: Huvelle, Ellen S.<br>Assign Date: 9/5/07<br>Description: General Civil |

### AFFIDAVIT OF SERVICE OF DEFENDANT BANK OF AMERICA, N.A.

I, Alan S. Feld, Esquire, Bulman, Dunie, Burke, and Feld, Chtd. and John H. Ward and Autumn Sharp, Much Shelist Denenberg Ament & Rubenstein, P.C. attorneys for plaintiff, Arthur Bell, as Trustee of the Arthur R. Bell Living, in the above-captioned case, do hereby affirm that a copy of the Complaint and Summons, in the within case was sent to Bank of America, N.A. 100 N. Tryon Street, Charlotte, North Carolina, 28255, serve: President, c/o Marian Falkenstine, 730, 15th Street, N.W., 10th Floor, Washington, D.C., 20005, 6605 Tulip Hill Terrace, Bethesda, Maryland, 20816, by First Class Certified Mail, Restricted Delivery, Return Receipt Requested on or about, September 6, 2007; and that service was subsequently made upon the Defendant by Certified Mail. The return receipt showing delivery of documents on or about September 7, 2007 was subsequently received by me and is attached to this Affidavit.

Affiant affirms that he is an adult citizen of the United States and is over 18 years of age.

I do solemnly declare and affirm under the penalties of perjury that the facts stated above are true and correct to the best of my knowledge, information and belief.
The return receipt showing delivery of document has been returned.

_9.18.07_  
Date

By:  /s/ Alan S. Feld  
Alan S. Feld, Esq./#172858  
4610 Elm Street  
Bethesda, MD 20815-6051  
(301) 656-1177  
afeld@bulmandunie.com  
Attorney for Plaintiff

191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000
jward@muchshelist.com
asharp@muchshelist.com
Attorney for Plaintiff

Before me, the subscriber, a Notary Public of the state aforesaid, personally appeared _Alan S. Feld_, who after being duly sworn, acknowledged that she executed the foregoing authorization for the purpose therein contained.

Witness my hand and seal this _18th_ day of _September_, 2007.

_Mary C. Elam_
Notary Public

My commission expires: _9/1/08_

2

