UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the )<br>Arthur R. Bell Living Trust, )<br>576 Hill Street )<br>Highland Park, IL 60035 )<br> )<br>    Plaintiff, )<br>v. )<br> )<br>FRANCES ROTWEIN, )<br>6605 Tulip Hill Terrace )<br>Bethesda, MD 20816 )<br> )<br>    and )<br> )<br>BANK OF AMERICA, N.A. )<br>100 N. Tyron Street )<br>Charlotte, NC 28255 )<br> )<br>    Defendants. )<br>_____) | Case No. 1:07-CV-01578-ESH |

### DEFENDANT BANK OF AMERICA'S MOTION, WITH CONSENT, FOR EXTENSION OF TIME TO SERVE ANSWER OR OTHERWISE PLEAD

Defendant Bank of America, N.A., through counsel, respectfully moves the Court for an extension of time in which to serve its Answer, move, or otherwise plead in response to Plaintiff's Complaint, to and including October 19, 2007. Plaintiff's counsel has been consulted regarding this motion and consents to the relief sought herein. A proposed order is attached.

Dated: September 26, 2007          Respectfully submitted,

                                   By: /s/ Paul A. Kaplan
                                       Paul A. Kaplan, Esq. (DC Bar No. 243394)
                                       Joseph P. Bowser, Esq. (DC Bar No. 488665)
                                       Womble Carlyle Sandridge & Rice, PLLC
                                       1401 Eye Street, NW, 7th Floor
                                       Washington, DC 20005-2225
                                       Phone: (202) 857-4458

                                   *Counsel for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant Bank of America's Motion, With Consent, For Extension Of Time In Which To Serve Answer Or Otherwise Plead* has been served via ECF upon the following counsel of record:

    Alan S. Feld, Esq.
    BULMAN, DUNIE, BURKE & FELD, CHTD.
    4610 Elm Street
    Bethesda, MD  20815
    (301) 656-1177

    And

    John H. Ward, Esq.
    Autumn L. Sharp, Esq.
    MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.
    191 N. Wacker Street, Suite 1800
    Chicago, IL  60606-1615
    (312) 521-2000
    *Counsel for Plaintiff Arthur Bell, As Trustee of the Albert R. Bell Living Trust*

Via U.S. First-Class Mail, postage prepaid, upon Defendant and her last-known counsel:

    Frances Rotwein
    6605 Tulip Hill Terrace
    Bethesda, MD  20816
    *Defendant*

    Richard T. Rossier, Esq.
    MCLEOD, WATKINSON & MILLER
    One Massachusetts Avenue, Suite 800
    Washington, DC  20001
    (202) 842-2345
    *Counsel for Defendant Frances Rotwein*

                                __/s/ Joseph P. Bowser__
                                Joseph P. Bowser

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the )<br>Arthur R. Bell Living Trust, )<br>576 Hill Street )<br>Highland Park, IL 60035 )<br>     )<br>    Plaintiff, )<br>v.    ) <br>     )<br>FRANCES ROTWEIN, )<br>6605 Tulip Hill Terrace )<br>Bethesda, MD 20816 )<br>     )<br>    and )<br>     )<br>BANK OF AMERICA, N.A. )<br>100 N. Tyron Street )<br>Charlotte, NC 28255 )<br>     )<br>    Defendants. )<br>_____) | Case No. 1:07-CV-01578-ESH |

## ORDER

This matter having come before the Court upon motion of the Defendant Bank of America, N.A., for an extension of time within which to answer or otherwise plead in response to the Plaintiff's Complaint, and counsel for Plaintiff having consented thereto, it is

**ORDERED**, that Defendant Bank of America, Inc., N.A., be and hereby is granted an extension of time until October 19, 2007, within which to answer or otherwise plead in response to the Plaintiff's Complaint.

This _____ day of _____, 2007.

_____
Judge Ellen S. Huvelle, United States District Court