IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the Arthur Bell Living Trust<br><br>　　　　　Plaintiff,<br>v.<br><br><br>FRANCES ROTWEIN<br><br>　　　and<br><br>BANK OF AMERICA, N.A.<br><br>　　　　　Defendants | Case No. 1:07-CV-01578<br>Judge: Huvelle, Ellen S.<br>Deck Type: General Civil |

**CONSENT MOTION OF FRANCES ROTWEIN FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE COMPLANT OF ARTHUR BELL, AS TRUSTEE OF THE ARTHUR BELL LIVING TRUST**

Defendant Frances Rotwein ("Rotwein"), by counsel, and pursuant to Fed. R. Civ P. 6(b) and Local Rule 7 hereby file this Motion for Enlargement of Time to file a Response to the complaint of Arthur Bell, as Trustee of the Arthur Bell Living Trust ("Rotwein Motion") and states the following in support thereof:

1. Plaintiff Arthur Bell, as Trustee of the Arthur Bell Living Trust ("Plaintiff") filed and served a complaint ("Complaint") on Rotwein and Defendant Bank Of America, N.A. ("Bank Of America").

2. Based on the date of service, Rotwein's response to the Complaint is due on or before September 28, 2007.

3. On September 26, 2007 Bank of America filed a Consent Motion For Extension of Time to Serve Answer or Otherwise Plead ("Bank of America Motion").

4. On September 26, 2007, this Court entered a minute order granting the Bank of America Motion.

5. Rotwein counsel has recently been retained and respectfully moves this Court for an enlargement of time up to an including October 30, 2007 to file a response to the Complaint.

6. To that end, Rotwein's counsel has conferred with and obtained the consent of Plaintiff's counsel for the requested enlargement of time up to and including October 30, 2007. Additionally, Plaintiff's counsel requested that Rotwein's counsel contact Bank of America counsel and request that both Rotwein and Bank of America file their responses to the Complaint on or about the same date, which based on Rotwein's request would be October 30, 2007.

7. Rotwein's counsel contacted Bank of America's counsel and Bank of America's counsel agreed to file their response to the Complaint on or before October 30, 2007.

8. Therefore, Rotwein is seeking an enlargement of time of up to and including October 30, 2007 for both Rotwein and Bank of America to file a response to the Complaint.

**RULE 7-M STATEMENT**

Consent for the relief requested herein was sought from counsel for all parties in this matter. Consent was requested and obtained from all parties.

Dated: September 28, 2007                    Respectfully submitted,

                                             _____
                                             Richard T. Rossier, DC Bar # 364649
                                             Alex Menendez, DC Bar # 470475
                                             MCLEOD, WATKINSON & MILLER
                                             One Massachusetts Ave., N.W., Suite 800
                                             Washington, D.C. 20001
                                             Telephone: (202) 842-2345
                                             Facsimile: (202) 408-7763

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the Arthur Bell Living Trust ) ) ) | |
| Plaintiff, ) | Case No. 1:07-CV-01578 |
| v. ) | Judge: Huvelle, Ellen S. |
| ) | Deck Type: General Civil |
| FRANCES ROTWEIN ) ) ) | |
| and ) ) | |
| BANK OF AMERICA, N.A. ) ) | |
| Defendants ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF CONSENT MOTION OF FRANCES ROTWEIN FOR
ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE COMPLANT OF
ARTHUR BELL, AS TRUSTEE OF THE ARTHUR BELL LIVING TRUST**

Defendant Frances Rotwein ("Rotwein"), by counsel, and pursuant to Fed. R. Civ P. 6(b) and Local Rule 7 respectfully refers this Court to the following points of law and authorities in support of Rotwein's Consent Motion for Enlargement of Time to file a Response to the Complaint of Arthur Bell, as Trustee of the Arthur Bell Living Trust:

1. Rule 6 of the Federal Rules of Civil Procedure.
2. The inherent power of this Court to control its own docket.

Dated: September 28, 2007

Respectfully submitted,

*/s/*

Richard T. Rossier, DC Bar # 364649
Alex Menendez, DC Bar # 470475
MCLEOD, WATKINSON & MILLER
One Massachusetts Ave., N.W., Suite 800
Washington, D.C. 20001
Telephone: (202) 842-2345
Facsimile: (202) 408-7763

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the Arthur Bell Living Trust )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FRANCES ROTWEIN )<br>)<br>and )<br>)<br>BANK OF AMERICA, N.A. )<br>)<br>Defendants ) | Case No. 1:07-CV-01578<br>Judge: Huvelle, Ellen S.<br>Deck Type: General Civil |

## ORDER

**UPON CONSIDERATION** of the Consent Motion of Frances Rotwein for Enlargement of Time to File a Response to the Complaint of Arthur Bell, as Trustee of The Arthur Bell Living Trust it is this ___ day of _____, 2007 by the United States District Court for the District of Columbia

**ORDERED**, that Defendant Frances Rotwein and Defendant Bank Of America, N.A. shall file responses to the complaint of Arthur Bell, as Trustee of the Arthur Bell Living Trust on or before October 30, 2007.

_____
Judge, United States District Court

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing CONSENT MOTION OF FRANCES ROTWEIN FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE COMPLANT OF ARTHUR BELL, AS TRUSTEE OF THE ARTHUR BELL LIVING TRUST has been served via ECF upon the following counsel of record:

Alan S. Feld, Esq.
BLUMAN, DUNIE, BURKE & FELD, CHTD.
4610 Elm Street
Bethesda, Maryland 20815
(301) 656-1177

John H. Ward, Esq.
Autumn L. Sharp, Esq.
MUCH SHELIST DENENBERG AMENT & RUBENSTEIN
191 N. Wacker Street
Suite 1800
Chicago, IL 60606-1615
(312) 521-2000

*Counsel for Plaintiff Arthur Bell, As Trustee of The Arthur Bell Living Trust*

And

Paul A. Kaplan, Esq.
Joseph A. Bower, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, NW
7th Floor
Washington DC 20005-2225
(202) 857-4458

*Counsel for Defendants Bank of America, N.A.*

                                                           Alex Menendez