IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR BELL, as Trustee of the )
Albert R. Bell Living Trust, )
576 Hill Street )
Highland Park, IL 60035 )
)
)
          Plaintiff, )
) CA No. 1:07-CV-01578-ESH
   v. )
)
FRANCES ROTWEIN, )
6605 Tulip Hill Terrace )
Bethesda, MD 20816 )
   and )
BANK OF AMERICA, N.A. )
100 N. Tryon St. )
Charlotte, NC 28255 )
)
)
          Defendants. )
)
)

**PLAINTIFF'S, ARTHUR BELL TRUSTEE, CONSENT MOTION
FOR EXTENSION OF TIME TO FILE OPPOSITION TO
DEFENDANT ROTWEIN'S MOTION TO DISMISS**

Plaintiff, Arthur Bell, Trustee, by and through counsel, Bulman, Dunie, Burke & Feld, Chtd. and Alan S. Feld, and Much Shelist Denenberg Ament & Rubenstein, P.C. (admitted pro hac vice), respectfully moves this Court for an extension of time in which to file an Opposition to Defendant Rotwein's Motion to Dismiss. All counsel have been consulted regarding this motion and they have consented to the relief sought herein. A proposed Order is attached, reflecting the agreement of all parties that plaintiff shall have until November 30, 2007, to file his opposition and defendants shall have until December 20, 2007, to file any reply.

WHEREFORE, it is respectfully requested this Court grant the extension as consented to by all parties and sign the proposed Order attached hereto.

Dated: 11/05/07

Respectfully submitted,

Bulman, Dunie, Burke, & Feld, Chtd.,
attorneys for ARTHUR BELL,
as Trustee of the ALBERT R. BELL LIVING TRUST

By: ___/s/ Alan S. Feld___
Alan S. Feld, Esquire, #172858
Bulman, Dunie, Burke, & Feld, Chtd.
4610 Elm Street
Bethesda, MD 20815
301- 656-1177

Of Counsel:
John H. Ward, Esquire
Autumn L. Sharp, Esquire
MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606-1615
312-521-2000

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion, with Consent for Extension of Time was mailed, first class mail, postage prepaid this 5th of November, 2007, all counsel of record:

Paul A. Kaplan, Esquire
Joseph P. Bowser, Esquire
Womble Carlyle Sandridge & Rice
1401 Eye Street, NW, 7th Flr.
Washington, D.C. 20005-2225
Counsel for Defendant Bank of America

Richard T. Rossier, Esquire
Alex Menendez, Esquire
McLeod Watkinson & Miller
One Massachusetts Ave., Ste. 800
Washington, D.C. 20001
Co-Counsel for Defendant Rotwein

Eric Von Salzen, Esquire
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, D.C. 20004
Co-Counsel for Defendant Rotwein

Arthur F. Konopka, Esquire
4530 Wisconsin Ave., N.W., Ste. 200
Washington, D.C. 20016
Co-Counsel for Defendant Rotwein

___/s/ Alan S. Feld___
Alan S. Feld #172858

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the<br>Albert R. Bell Living Trust,<br>576 Hill Street<br>Highland Park, IL  60035<br><br>     Plaintiff,<br><br>v.<br><br>FRANCES ROTWEIN,<br>6605 Tulip Hill Terrace<br>Bethesda, MD  20816<br> and<br>BANK OF AMERICA, N.A.<br>100 N. Tryon St.<br>Charlotte, NC  28255<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CA No. 1:07-CV-01578-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

  This matter having come before the Court upon the Plaintiff's, Arthur Bell, Trustee, Consent Motion for an Extension of Time within which to file an opposition to Defendant Rotwein's Motion to Dismiss, and all counsel of record having consented thereto, it is this _____ day of November, 2007,

  ORDERED, that the Motion be and the same is hereby granted and Plaintiff is given an extension of time until November 30, 2007, within which to file an opposition to the Motion to Dismiss and it is,

  FURTHER ORDERED, that Defendant shall have until December 20, 2007, to file any reply.

_____
JUDGE Ellen S. Huvelle, United States District Court