IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the<br>Albert R. Bell Living Trust,<br>576 Hill Street<br>Highland Park, IL  60035<br><br>               Plaintiff,<br><br>     v.<br><br>FRANCES ROTWEIN,<br>6605 Tulip Hill Terrace<br>Bethesda, MD  20816<br>    and<br>BANK OF AMERICA, N.A.<br>100 N. Tryon St.<br>Charlotte, NC  28255<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CA No. 1:07-CV-01578-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S, ARTHUR BELL TRUSTEE, CONSENT MOTION
FOR EXTENSION OF TIME TO FILE OPPOSITION TO
DEFENDANT ROTWEIN'S MOTION TO DISMISS**

    Plaintiff, Arthur Bell, Trustee, by and through counsel, Bulman, Dunie, Burke & Feld, CHTD. and Alan S. Feld, and Much Shelist Denenberg Ament & Rubenstein, P.C. (admitted pro hac vice), respectfully moves this Court for an extension of time in which to file an Opposition to Defendant Rotwein's Motion to Dismiss.  All counsel have been consulted regarding this motion and they have consented to the relief sought herein.  A proposed Order is attached, reflecting the agreement of all parties that plaintiff shall have until December 7, 2007, to file his opposition and defendants shall have until January 8, 2008, to file any reply.

    WHEREFORE, it is respectfully requested this Court grant the extension as consented to by all parties and sign the proposed Order attached hereto.

Dated:  11/28/07                           Respectfully submitted,


                                            BULMAN, DUNIE, BURKE & FELD,
CHTD., attorneys for ARTHUR BELL,
as Trustee of the ALBERT R. BELL LIVING
TRUST


By:   ____/s/ Alan S. Feld_____
      Alan S. Feld, Esquire, 172858
      BULMAN, DUNIE, BURKE
      4610 Elm Street
      Bethesda, MD  20815
      301- 656-1177

      Of Counsel:
      John H. Ward, Esquire
      Autumn L. Sharp, Esquire
      MUCH SHELIST DENENBERG
      AMENT & RUBENSTEIN, P.C.
      191 N. Wacker Drive, Ste. 1800
      Chicago, IL  60606-1615
      312-521-2000

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion, with Consent for Extension of Time was mailed, first class mail, postage prepaid this  28th  day of November, 2007, all counsel of record:

| | |
|---|---|
| Paul A. Kaplan, Esquire | Richard T. Rossier, Esquire |
| Joseph P. Bowser, Esquire | Alex Menendez, Esquire |
| Womble Carlyle Sandridge & Rice | McLeod Watkinson & Miller |
| 1401 Eye Street, NW, 7th Flr. | One Massachusetts Ave., Ste. 800 |
| Washington, D.C.  20005-2225 | Washington, D.C.  20001 |
| Counsel for Defendant Bank of America | Co-Counsel for Defendant Rotwein |
| | |
| Eric Von Salzen, Esquire | Arthur F. Konopka, Esquire |
| Hogan & Hartson, LLP | 4530 Wisconsin Ave., N.W., Ste. 200 |
| 555  13th Street, N.W. | Washington, D.C.  20016 |
| Washington, D.C.  20004 | Co-Counsel for Defendant Rotwein |
| Co-Counsel for Defendant Rotwein | |

                                            _____/s/ Alan S. Feld_____
                                                Alan S. Feld  #172858

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the<br>Albert R. Bell Living Trust,<br>576 Hill Street<br>Highland Park, IL  60035<br><br>                    Plaintiff,<br><br>v.<br><br>FRANCES ROTWEIN,<br>6605 Tulip Hill Terrace<br>Bethesda, MD  20816<br>     and<br>BANK OF AMERICA, N.A.<br>100 N. Tryon St.<br>Charlotte, NC  28255<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CA No. 1:07-CV-01578-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# O R D E R

This matter having come before the Court upon the Plaintiff's, Arthur Bell, Trustee, Consent Motion for an Extension of Time within which to file an opposition to Defendant Rotwein's Motion to Dismiss, and all counsel of record having consented thereto, it is this ____ day of November, 2007,

ORDERED, that the Motion be and the same is hereby granted and Plaintiff is given an extension of time until December 7, 2007, within which to file an opposition to the Motion to Dismiss and it is,

FURTHER ORDERED, that Defendant shall have until January 8, 2008, to file any reply.

_____
JUDGE Ellen S. Huvelle, United States District Court