UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARTHUR BELL, as Trustee of the Albert R. Bell Living Trust,<br><br>       Plaintiff,<br><br>  -vs-<br><br>FRANCES ROTWEIN,<br><br>  and<br><br>BANK OF AMERICA, N.A.,<br><br>       Defendants. | Civil Action No. 07-1578 (ESH) |

**MEET AND CONFER REPORT TO THE COURT
IN COMPLIANCE WITH LOCAL RULE 16.3**

  Plaintiff, Arthur Bell, as Trustee of the Albert R. Bell Living Trust and Defendants Frances Rotwein and Bank of America, N.A., submit this report pursuant to Fed. R. Civ. P. 26(f) and local Rule 16.3.

1.  <u>Dispositive Motions</u>.

  The parties do not anticipate filing dispositive motions at this stage of the proceedings, but reserve the right to do so, and also expect to file summary judgment motions after discovery.

2.  <u>Parties To Be Joined</u>.

  None.

3.  <u>Magistrate Judge</u>.

  The parties do not wish to assign this case to a Magistrate Judge.

4. <u>Settlement</u>.

The parties do not feel that mediation would be productive at this time, but reserve the right to request mediation after the completion of discovery.

5. <u>ADR</u>.

<u>See</u> No. 4, <u>supra</u>.

6. <u>Summary Judgment</u>.

<u>See</u> No. 1, <u>supra</u>. The parties request that all dispositive motions, with supporting memoranda of law, be filed no later than 60 days after the completion of all discovery on December 31, 2008; Oppositions to Motions for Summary Judgment, 30 days thereafter; and Reply Memorandum, 10 days thereafter.

7. <u>Initial Disclosures</u>.

The parties agree to waive the initial disclosure requirement of Federal Rule of Civil Procedure 26(a)(1).

8. <u>Fact Discovery</u>.

The parties have agreed that all fact discovery excluding experts should be noticed by August 8, 2008, and completed by September 8, 2008. The parties will submit an appropriate protective order at the appropriate time.

9. <u>Experts</u>.

The parties agree as to the following timing for exchange of expert witness reports:

    a. Deadline for designation of initial experts and submission of Fed. R. Civ. P. 26(b)(4) reports: October 8, 2008.

    b.    Deadline for designation of rebuttal experts and submission of Fed. R. Civ. P. 26(b)(4) reports: November 7, 2008.

    Depositions of experts should occur before December 31, 2008.

10.    <u>Class Actions</u>.

    Not applicable.

11.    <u>Bifurcation</u>.

    Trial and/or discovery should not be bifurcated.

12.    <u>Pretrial Conference</u>.

    To be set at the initial scheduling conference for approximately 60 days after the close of all discovery on December 31, 2008.

13.    <u>Trial</u>.

    To be set at the pretrial conference.

14.    <u>Other Matters</u>.

    (a) Escrow Agreement: The parties will submit an appropriate escrow agreement at the appropriate time.

                                  Respectfully submitted,

| **ARTHUR BELL, as Trustee for the Albert R. Bell Living Trust** | **FRANCES ROTWEIN** |
|---|---|
| By:_____/s/ Alan S. Feld_____<br>      One of His Attorneys | By:__/s/ Frances Rotwein_____<br>      One of Her Attorneys |
| Alan S. Feld<br>BULMAN, DUNIE, BURKE & FELD CHARTERED<br>4610 Elm Street | Richard T. Rossier<br>Alex Menendez<br>MCLEOD, WATKINSON & MILLER<br>One Massachusetts Avenue, NW |

Bethesda, MD  20815
(301) 656-1177
(301) 986-5847 (fax)

John H. Ward
Autumn L. Sharp
MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606-1615
(312) 521-2000
(312) 521-2599

Suite 800
Washington, DC  20001-1401
(202) 842-2345
(202) 408-7763 (fax)

Eric Von Salzen
HOGAN & HARTSON LLP
555 13th Street, N.W.
Washington, D.C.  20004-1109
(202) 637-5600
(202) 637-5910 (fax)

Arthur F. Konopka
4530 Wisconsin Avenue, N.W.
Suite 200
Washington, D.C.  20016
(202) 686-0600
(202) 686-0896 (fax)

**BANK OF AMERICA**

By:/s/ Paul A. Kaplan _____
        One of Its Attorneys

Paul A. Kaplan
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
1401 Eye Street, NW
Suite 700
Washington, DC  20005
(202) 857-4400
(202) 261-0058 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ARTHUR BELL, as Trustee of the Albert R. )
Bell Living Trust, )
                     Plaintiff, )
                     -vs- )   Civil Action No. 07-1578 (ESH)

FRANCES ROTWEIN, )
                     and )

BANK OF AMERICA, N.A., )
                     Defendants. )

---

## **ORDER**

This matter having come before the Court upon the Parties' Meet and Confer Report, and all counsel of record having consented thereto, it is ORDERED that the following schedule will govern the proceedings in this matter:

1) All fact discovery, excluding expert discovery, shall be noticed by August 8, 2008 and completed by September 8, 2008;

2) The deadline for designation of initial experts and submission of Fed. R. Civ. P. 26(b)(4) reports is October 8, 2008;

3) The deadline for designation of rebuttal experts and submission of Fed. R. Civ. P. 26(b)(4) reports is November 7, 2008;

4) Depositions of experts shall occur before December 31, 2008;

     5) All dispositive motions, with supporting memoranda of law, shall be filed no later than 60 days after the completion of all discovery on December 31, 2008; Oppositions to Motions for Summary Judgment shall be filed 30 days thereafter; and that Reply Memorandum shall be filed 10 days thereafter.

     5) That the pretrial conference in this matter is scheduled for _____.

_____
JUDGE Ellen S. Huvelle, United States District Court