IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR BELL, as Trustee of the  )
Albert R. Bell Living Trust     )
                                )
            *Plaintiff*,        )
                                )   Case No. 1:07-CV-01578
v.                              )   Judge: Huvelle, Ellen S.
                                )   Deck Type: General Civil
FRANCES ROTWEIN                 )
    and                         )
BANK OF AMERICA, N.A.           )
                                )
            *Defendants*.       )

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS**

Defendant, by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an enlargement of time, up to and including May 30, 2008, in which to respond to Plaintiff's Request for Admissions. In support of this motion, Defendant states as follows:

1. Plaintiff served Defendant with Plaintiff's request for admissions on April 25, 2008.

2. Defendant's responses thereto were due on May 28, 2008.

3. Defendant served Plaintiff with Defendant's responses on May 30, 2008.

4. Defendant's failed to file timely responses due to miscalculating the due date.

5. By telephone call on June 3, 2008, Defendant's counsel sought Plaintiff's counsel's consent to file this motion. Plaintiff's counsel informed Defendant's counsel that this motion will not be opposed.

Pursuant to LCvR 7(c), a proposed Order granting this Motion is submitted herewith. For the foregoing reasons, Defendant respectfully request that this motion for enlargement of time be granted.

Respectfully submitted,

_____
Richard T. Rossier
Alex Menendez
MCLEOD WATKINSON & MILLER
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001
(202) 842-2345
(202) 408-7763

Counsel for Defendant Frances Rotwein

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS was mailed, first class, postage prepaid or sent electronically this 3rd day of June, 2008 to:

        Alan S. Feld
        BULMAN, DUNIE, BURKE & FELD, CHTD.
        4610 Elm St.
        Bethesda, MD 20815

        John Ward
        Autumn Sharp
        MUCH SHELIST
        191 North Wacker Drive
        Suite 1800
        Chicago, Illinois 60606-1615

        _____
        Richard T. Rossier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BELL, as Trustee of the<br>Albert R. Bell Living Trust<br><br>*Plaintiff,*<br><br>v.<br><br>FRANCES ROTWEIN<br>    and<br>BANK OF AMERICA, N.A.<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>) Case No. 1:07-CV-01578<br>) Judge: Huvelle, Ellen S.<br>) Deck Type: General Civil<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**UPON CONSIDERATION** of Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Request for Admissions, it is this ___ day of

_____, 2008 by the United States District Court for the District of Columbia

**ORDERED**, that Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Request for Admissions be and hereby is granted.

_____
Judge Ellen S. Huvelle